UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNELL COLE, # 274444,           )
                                  )
        Petitioner,                )     Case No. 1:04-cv-798
                                  )
v.                                )     Honorable Robert Holmes Bell
                                  )
KENNETH McKEE,                    )
                                  )     **ORDER OF DISMISSAL**
        Respondent.                )
                                  )

In accordance with the memorandum opinion issued this date:

IT IS ORDERED that the report and recommendation of the magistrate judge (docket # 34) be and hereby is ADOPTED as the opinion of the court and that petitioner's objections (docket # 38) are OVERRULED.

IT IS FURTHER ORDERED that petitioner's motion to amend the petition (docket # 31) is DENIED as futile.

IT IS FURTHER ORDERED that respondent's motion to dismiss (docket # 11) is hereby GRANTED and the petition is DISMISSED WITH PREJUDICE as untimely.

Date:   October 28, 2005            /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE